**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE F. BALBARIN, <br> individually and on behalf of a class, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 1:10-cv-1846 |
| v. | ) <br> ) | Judge Bucklo |
| | ) | Magistrate Judge Cox |
| NORTH STAR CAPITAL ACQUISITION, LLC; <br> ZENITH ACQUISITION CORPORATION; <br> DATA SEARCH N.Y., INC., d/b/a TRAKAMERICA; <br> BLITT AND GAINES, P.C.; and <br> NELSON WATSON & ASSOCIATES LLC, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARLA A. HUBBS, <br> on behalf of herself and a class and a subclass, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | 1:10-cv-2154 |
| v. | ) <br> ) | Judge Pallmeyer |
| | ) | Magistrate Judge Schenkier |
| WELTMAN, WEINBERG & REIS CO., L.P.A. <br> and DATA SEARCH N.Y., INC., d/b/a <br> TRAK AMERICA, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

**MOTION BY CARLA HUBBS FOR REASSIGNMENT**

1

**BASED ON RELATEDNESS**

Pursuant to Local Rule 40.4, Plaintiff Carla Hubbs respectfully asks this Court to reassign *Hubbs v. Weltman, Weinberg & Reis Co., LPA and Data Search N.Y, Inc., d/b/a Trak America*, 1:10-cv-2154, (Exhibit A) currently presiding before Judge Pallmeyer, to this Court as related to the instant case, *Balbarin v. North Star Capital Acquisition, LLC; Zenith Acquisition Corporation; Data Search N.Y., Inc., d/b/a Trak America; Blitt and Gaines, P.C.; and Nelson Watson & Associates, LLC*, 1:10-cv-1846.

In support of this motion, Plaintiff states as follows:

1. On April 8, 2010, Carla Hubbs filed a putative class-action complaint in the Northern District of Illinois alleging that defendant, Data Search NY, Inc., d/b/a Trak America, violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by causing communications, namely the Cook County complaint, to be sent to Plaintiff without simultaneous disclosure of Trak America's identity. This constitutes a deceptive practice in violation 15 U.S.C. §1692e(14).

2. On March 25, 2010, Plaintiff Balbarin filed suit also alleging violations of the FDCPA against the defendant Data Search NY, Inc., d/b/a Trak America related to the same deceptive practice of "concealing its identity" in state court litigation in violation of 15 U.S.C. §1692e(14). *Balbarin v. North Star Capital Acquisition, LLC. et al.,* 10 C 1846 (N.D. Ill.).

3. The *Balbarin* case and the *Hubbs* case are related class actions as they contain similar FDCPA class allegations against Defendant Data Search NY, Inc., d/b/a Trak America and are both pending before judges in this District.

4. Local Rule 40.4(a) provides that "[t]wo or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, when one or more of the classes involved in the cases is or are the same."

5. *Hubbs* should be reassigned as related to *Balbarin* as the pending legal claims against Defendant Data Search NY, Inc., d/b/a Trak America of Ms. Hubbs and Ms. Balbarin are nearly identical, as are classes alleged in each case.

6. The *Hubbs* case sets forth allegations on behalf of a class and a subclass. The class is defined as (a) all natural persons with Illinois addresses (b) against whom a lawsuit was filed in an Illinois court (c) in a case sent to an Illinois lawyer by Trak America (d) which lawsuit was filed during a period beginning on April 8, 2009 and ending April 28, 2010.

7. The *Balbarin* case sets for allegations on behalf of a class defined as (a) all individuals, (b) against whom Blitt and Gaines, P.C. filed suit on a debt (c) where TrakAmerica either provided an affidavit for the litigation filed by Blitt and Gaines, P.C. or was managing in any way the state court litigation filed by Blitt and Gaines, P.C., (d) where the lawsuit was filed, served or the last filing by Blitt and Gaines, P.C. In the state court matter was on or after March 25, 2009 and April 14, 2010.

8. The class as defined in *Balbarin* is a subset of the class as defined in *Hubbs*.

9. Cases may be reassigned to another District Judge under Local Rule 40.4(b)

if the related cases are pending in this Court, the handling of related cases would save a substantial amount of judicial time and effort, the earliest case has not progressed to a point where reassigning the later cases would delay proceedings in the earlier case substantially, and the cases are susceptible of disposition in a single proceeding.

10. Given that both cases were filed approximately two weeks apart and both cases entail a common Defendant and common claims and the inevitable overlapping of effort if these cases are handled separately, the handling of these cases by one judge is required in the interests of judicial economy.

11. Having both cases, *Hubbs* and *Balbarin,* before a single judge will streamline the litigation and avoid duplication of effort, labor and cost. As such, reassignment is critical to avoid unnecessary duplication.

WHEREFORE, Plaintiff Hubbs respectfully requests that this Court find that the *Hubbs* case is related to the *Balbarin* litigation, and reassign the *Hubbs* case to the calendar of this Court.

        Respectfully submitted,

        s/ Tiffany N. Hardy
        Tiffany N. Hardy

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on April 30, 2010, I electronically filed the foregoing **Motion By Carla Hubbs For Reassignment Based On Relatedness** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Curtis C. Warner
cwarner@warnerlawllc.com

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

Brian J. Olszewski
olszewski@blittandgaines.com

Brian P. O'Meara
bomeara@mcguirewoods.com

David L. Hartsell
dhartsell@mcguirewoods.com


I, Tiffany N. Hardy, also hereby certify that on April 30, 2010, I sent the foregoing to the following by electronic mail:

Maureen Martha Connelly
mconnolly@weltman.com

s/Tiffany N. Hardy
Tiffany N. Hardy