IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANNE F. BALBARIN,<br>on behalf of herself and a class and subclasses, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| | ) | 10 C 1846 |
| v. | )<br>) | |
| | ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC;<br>ZENITH ACQUISITION CORPORATION;<br>DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA;<br>BLITT and GAINES, P.C.; and NELSON, WATSON<br>& ASSOCIATES, LLC | )<br>)<br>)<br>)<br>) | Magistrate Judge Cox |

---

| | | |
|---|---|---|
| CARLA A. HUBBS,<br>on behalf of herself and a class and subclasses, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| | ) | |
| v. | )<br>) | 10 C 2154<br>(Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A.,<br>and DATA SEARCH NY, INC., d/b/a<br>TRAK AMERICA, | )<br>)<br>)<br>) | Judge Bucklo<br>Magistrate Judge Cox |
| Defendants. | )<br>) | |

**NOTICE OF STIPULATION OF DISMISSAL
OF PLAINTIFF BALBARIN'S INDIVIDUAL CLAIM, COUNT VII –
FAIR CREDIT REPORTING ACT, AGAINST DEFENDANT NELSON, WATSON &
ASSOCIATES, LLC**

NOW COME Plaintiff Joanne F. Balbarin ("Plaintiff") by and through her counsel,

Warner Law Firm, LLC, by Curtis C. Warner, and Defendant Nelson, Watson & Associates, LLC

("Defendant") though its counsel Litchfiled Cavo LLP, by Jason E. Hunter, collectively (the

"parties") pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), dismisses only Plaintiff's individual claim

in Count VII – Fair Credit Reporting Act of the Consolidated Amended Complaint with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ Jason E. Hunter (with consent) |
| Curtis C. Warner | Jason E. Hunter |
| Warner Law Firm, LLC | Litchfield Cavo LLP |
| 155 N. Michigan Ave. Ste. 560 | 303 W. Madison Street, Suite 300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60606 |
| (312) 238-9820 (TEL) | (312) 781-6587 (TEL) |
| *Counsel for Plaintiff Balbarin* | *Counsel for Defendant Nelson, Watson & Associates, LLC* |

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, state that on August 5, 2010, I filed the document above electronically using the Court's CM/ECF system, which automatically sends notice to those parties who have appeared and are so registered.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

WARNER LAW FIRM, LLC
By: Curtis C. Warner
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820  (TEL)
cwarner@warnerlawllc.com