IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | 10 C 1846 |
| v. | ) ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; BLITT and GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC | ) ) ) ) ) | Magistrate Judge Cox |

| | | |
|---|---|---|
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 10 C 2154 (Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, | ) ) ) ) | Judge Bucklo Magistrate Judge Cox |
| Defendants. | ) ) | |

**STIPULATION**

NOW COMES Defendant Nelson, Watson & Associates, LLC, ("NWA") by and though its Counsel, Litchfield Cavo LLP and Plaintiff Joanne F. Balbarin, ("Plaintiff") by and through her counsel, Warner Law Firm, LLC, and hereby notifies this Court and stipulates that NWA will be answering Plaintiff's Interrogatory number 8 limited only to those cellular telephone numbers in the 312, 773, and 872 area codes for the period of October 1, 2007 to October 1, 2008 who received at least one prerecorded message from Defendant NWA, LLC in an attempt to collect a

debt on behalf of North Star Capital Acquisitions, LLC, where Defendant, NWA's records do not show that the person provided the number to Defendant NWA or the original creditor.

Based upon the stipulation above, Plaintiff's pending motion to compel a response to Interrogatory number 8 is withdrawn without prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ Jason E. Hunter (with consent) |
| Curtis C. Warner | Jason E. Hunter |
| | |
| Warner Law Firm, LLC | LITCHFIELD CAVO LLP |
| 155 N. Michigan Avenue, Suite 560 | 303 West Madison, Ste. 300 |
| Chicago, IL 60601 | Chicago, IL 60606 |

### CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **SEPTEMBER 1, 2010**, I filed electronically the document above using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner    cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)