IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, )<br>on behalf of herself and a class and subclasses, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>NORTH STAR CAPITAL ACQUISITION, LLC; )<br>ZENITH ACQUISITION CORPORATION; )<br>DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; )<br>BLITT and GAINES, P.C.; and NELSON, WATSON )<br>& ASSOCIATES, LLC )  | 10 C 1846<br><br>Judge Bucklo<br>Magistrate Judge Cox |

| | |
|---|---|
| CARLA A. HUBBS, )<br>on behalf of herself and a class and subclasses, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>WELTMAN, WEINBERG & REIS CO., L.P.A., )<br>and DATA SEARCH NY, INC., d/b/a )<br>TRAK AMERICA, )<br> )<br>Defendants. ) | 10 C 2154<br>(Reassigned for Relatedness)<br><br>Judge Bucklo<br>Magistrate Judge Cox |

**STIPULATED NOTICE OF DISMISSAL**

NOW COME Plaintiff Joanne F Balbarin ("Plaintiff") by and through her counsel, Warner Law Firm, LLC by Curtis C. Warner, and Defendants North Star Capital Acquisition, LLC ("North Star") and Zenith Acquisition Corporation ("Zenith"), by that though its counsel, Hinshaw & Culbertson LLP by Justin M. Penn and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to the dismissal of Plaintiff's claims against North Star and Zenith only with prejudice, without prejudice to the class.

Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ Justin M. Penn (w/consent) |
| Curtis C. Warner | Justin M. Penn |
| WARNER LAW FIRM, LLC | HINSHAW & CULBERTSON LLP |
| Millennium Park Plaza | 222 North LaSalle Street |
| 155 N. Michigan Ave. Ste. 560 | Suite 300 |
| Chicago, Illinois 60601 | Chicago, Illinois 60601 |

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **September 8, 2010**, I filed electronically **the Notice of Dismissal** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner      (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)