3214-12D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | 10 C 1846 |
| v. | ) ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; BLITT and GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC | ) ) ) ) ) ) | Magistrate Judge Cox |

| | | |
|---|---|---|
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 10 C 2154 (Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, | ) ) ) ) | Judge Bucklo Magistrate Judge Cox |
| Defendants. | ) | |

**DEFENDANTS' – UNOPPOSED - MOTION TO AMEND ORDER GRANTING CLASS CERTIFICATION**

NOW COME defendants, Nelson, Watson & Associates, LLC, ("NWA") by and through its attorneys, LITCHFIELD CAVO, LLP, and Data Search N.Y. INC. d/b/a TrakAmerica ("Trak") by and through their attorneys, HINSHAW & CULBERTSON, LLP, in support of their motion to amend this court's October 29, 2010 order granting class certification state as follows:

1. Counsel for NWA, Jason E. Hunter, conferred with counsel for plaintiff, Curtis Warner, on October 29, 2010 and was advised that plaintiff has no objection to the submission of this motion.

2. Plaintiff filed an Amended Motion for Class Certification on or about June 24, 2010 [Doc. 51]. Defendants were ordered to respond by July 19, 2010 and plaintiff was to reply by August 2, 2010. [Doc. 56].

3. By stipulation of the parties [Doc. 61] the defendants' response period was extended to August 16, 2010.

4. On motion of NWA [Doc. 65], the defendants were granted additional time, until September 20, 2010 to file their respective responses. [Doc 68].

5. NWA timely filed its Response to Plaintiff's Amended Motion for Class Certification on September 20, 2010. [Doc. 97].

6. On September 20, 2010, Trak sought additional time to file its response to plaintiff's motion [Doc 98]. The court granted an extension for response briefs to October 4, 2010 [Doc. 100].

7. Trak advised the court it was involved in settlement negotiations with plaintiff and on October 4, 2010, Trak sought an extension to October 18, 2010 to file its response, as well as to extend plaintiff's reply deadline to November 9, 2010 [103]; which was granted by this court [Doc. 108].

8. On October 8, 2010, counsel for plaintiff and counsel for defendant NWA agreed to also extend the reply deadline for plaintiff concerning the Amended Motion for Class Certification as to defendant NWA's previously filed response to November 9, 2010 [Doc. 106]; which was granted by this court [Doc. 111].

9. On or about October 12, 2010, plaintiff and defendant Trak reached an amicable settlement and anticipate that defendant Trak and plaintiffs will soon be seeking approval of the settlement from this court. As such, Trak did not file any response to the Amended Motion for Class Certification.

10. Despite defendant NWA having filed its Response brief on September 20, 2010, this court issued a Minute Entry on October 28, 2010 finding: "Plaintiff's motion to certify class [51] is granted as *unopposed*. Status hearing set for December 20, 2010 is reset for 11/10/2010 at 09:30 AM." [Doc. 114]. (Emphasis Added).

11. This court's order [Doc. 114] having apparently been entered in error as defendant NWA timely filed its response brief on September 20, 2010 [Doc. 97], the parties seek to reinstate the prior deadlines for plaintiff's reply brief and this court's ruling on class certification as to Defendant NWA.

WHEREFORE, the defendants, Nelson, Watson & Associates, LLC, and Data Search N.Y. INC. d/b/a TrakAmerica respectfully ask this Court to:

    a. Vacate the order granting class certification [Doc. 114];

    b. Reset plaintiff's response deadline for the Amended Motion for Class Certification [51] to November 9, 2010;

    c. Reinstate the ruling (by mail) deadline to December 8, 2010 (or any other date as deemed appropriate by this court) [*See* Doc. 111];

    d. Reset a status date after this court's ruling on the motion for class certification [*See* Doc. 77 (January 21, 2011); Doc 113 (December 20, 2010)]; and,

    e. For any other relief this court deems just and equitable.

3

                    LITCHFIELD CAVO, LLP.

                By:    /s/ Jason E. Hunter

Jason Hunter                      Attorneys for the defendant,
Philip F. Cuevas                Nelson, Watson & Associates, LLC
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6587
(312) 781-6630 fax

                    HINSHAW & CULBERTSON, LLC

                By:    /s/ Justin M. Penn
                     Attorneys for the defendant,
David M. Schultz              Data Search N.Y. INC. d/b/a TrakAmerica
Justin M. Penn
HINSHAW & CULBERTSON, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

## **CERTIFICATE OF SERVICE**

      I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Nelson, Watson & Associates, LLC's Unopposed Motion to Amend Order Granting Class Certification by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 1st day of November, 2010.

/s/ Jason E. Hunter
Attorneys for the defendant,
Nelson, Watson & Associates, LLC

Jason Hunter
Philip F. Cuevas
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax