3214-12D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No: 10 C 1846 |
| ) | |
| NORTH STAR CAPITAL ACQUISITION, ) | Judge Bucklo |
| LLC; ZENITH ACQUISITION ) | |
| CORPORATION; DATA SEARCH N.Y. ) | Magistrate Judge Cox |
| INC. d/b/a TRACKAMERICA; BLITT ) | |
| AND GAINES, P.C.; and NELSON, ) | |
| WATSON & ASSOCIATES, LLC, ) | |
| ) | |
| Defendants ) | |

**NWA'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S REPLY IN SUPPORT OF HER AMENDED MOTION FOR CLASS CERTIFICATION**

NOW COMES the defendant, Nelson, Watson & Associates, LLC, (hereinafter referred to as "NWA") by its attorneys, LITCHFIELD CAVO, LLP, and respectfully requests leave to file a Sur-Reply in Opposition to Plaintiff's Reply to Her Amended Motion for Class Certification. In support thereof, NWA states as follows:

1. The plaintiff filed her amended motion for class certification on June 24, 2010. Defendant filed its response in opposition on September 20, 2010. Since the filing of NWA's response, the following has occurred:

   a) Plaintiff sat for her deposition (October 22, 2010), providing evidence not available to the defendant at the time of filing the response brief;

   b) Plaintiff filed a 15 page reply brief in support of class certification with 125 pages of exhibit (filed November 9, 2010), including arguments that they acknowledge are first raised in the reply brief [doc. 120 at footnote 3];

    c.    Plaintiff has cited (and misinterpreted) cases for the first time in her reply brief and not referenced in the amended motion for class certification;

    d.    Plaintiff has put forth evidence for the first time in her reply brief that requires clarification and/or explanation;

    e.    Plaintiff has misstated defendant NWA's practices and has, thus far, been the only one who has put forth this evidence to the Court;

    f.    New cases on point have been decided that may bear on this Court's decision.

8. Attached hereto is a concise sur-reply providing clarification as to the above issues and their applicability to the matter before this court. Exhibit 1.

Wherefore, defendant NWA respectfully requests that this Honorable Court permit it to file the attached Sur-Reply, *instanter*, and for any additional relief the court deems proper.

                                                                                     LITCHFIELD CAVO, LLP.

                                                       By:    /s/ Jason E. Hunter

Jason E. Hunter, Esq. (06237345)                       Attorneys for the defendants,
LITCHFIELD CAVO, LLP                                    Nelson, Watson & Associates, LLC
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax

## **CERTIFICATE OF SERVICE**

      I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Motion for Leave to File Sur-Reply Memorandum in Opposition To Plaintiff's Reply in Support of Amended Motion for Class Certification by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 1st day of December, 2010.

                                                  /s/ Jason E. Hunter
                                                  Attorneys for the defendants,
                                                  Nelson, Watson & Associates, LLC

Jason E. Hunter, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax