IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANNE F. BALBARIN, | ) | |
| on behalf of herself and a class and subclasses, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 10 C 1846 |
| v. | ) | |
| | ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC; | ) | Magistrate Judge Cox |
| ZENITH ACQUISITION CORPORATION; | ) | |
| DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; | ) | |
| BLITT and GAINES, P.C.; and NELSON, WATSON | ) | |
| & ASSOCIATES, LLC | ) | |

_____

| | | |
|---|---|---|
| CARLA A. HUBBS, | ) | |
| on behalf of herself and a class and subclasses, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-cv-2154 |
| | ) | (Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., | ) | |
| and DATA SEARCH NY, INC., d/b/a | ) | Judge Bucklo |
| TRAK AMERICA, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF BALBARIN'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER AMENDED
MOTION FOR CLASS CERTIFICATION**

Plaintiff Balbarin, by and through her counsel, requests that this Court grant Plaintiff leave to file *Mitchem v. Illinois Collection Service, Inc*., 09 C 7274, Dkt. 80, Memorandum and Opinion, (N.D.Ill. Jan. 3, 2011) (Guzman, J.) in support of her Amended Motion for Class Certification. A copy of Judge Guzman's opinion certifying a TCPA cell phone class is attached as Appendix 1.

In support of this request Plaintiff states:

1. Defendant's December 6, 2010 *Sur-reply* states, "Plaintiff, in her reply memorandum [doc. 120, p. 3] misrepresents or misinterprets this District's recent ruling in *Mitchem v. Illinois Collection Service, Inc.,* 2010 WL 30039990 . . . *Micthem* did not make any ruling that a TCPA cell phone case could be certified as a class action. More importantly, the decision in *Mitchem* demonstrates that this matter should not be certified as a class." (Doc. 131, p. 2).

2. Plaintiff was granted leave by this Court to file a *rejoinder* to Defendant's *sur-reply*, which was filed on December 7, 2010. (Doc. 133).

3. On January 3, 2011, Judge Guzman in *Mitchem v. Illinois Collection Service, Inc.,* 09 C 7274, Dkt. 80, Memorandum and Opinion, (N.D.Ill. Jan. 3, 2011) (Guzman, J.) granted class certification of the plaintiff's amended motion to certify the TCPA cell phone class, stating in part, "Therefore, having previously held that the material aspects of the class definition plaintiff now offers satisfy the other requirements of Rule 23, the Court overrules ICS' objections and grants plaintiff's amended motion for class certification." *Id.*, p. 4.

WHEREFORE, Plaintiff requests this Honorable Court to allow Plaintiff leave to file *Mitchem v. Illinois Collection Service, Inc.,* 09 C 7274, Dkt. 80, Memorandum and Opinion, (N.D.Ill. Jan. 3, 2011) (Guzman, J.) as supplemental authority in support of Plaintiff's Amended Class Certification Motion.

        Respectfully submitted,

        s/ Curtis C. Warner
          Curtis C. Warner

Curtis C. Warner    (6282197)
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601