# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, ) <br> on behalf of herself and a class and subclasses, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH STAR CAPITAL ACQUISITION, LLC; ) <br> ZENITH ACQUISITION CORPORATION; ) <br> DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; ) <br> BLITT and GAINES, P.C.; and NELSON, WATSON ) <br> & ASSOCIATES, LLC ) | 10 C 1846 <br><br> Judge Bucklo <br> Magistrate Judge Cox |
| CARLA A. HUBBS, ) <br> on behalf of herself and a class and subclasses, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WELTMAN, WEINBERG & REIS CO., L.P.A., ) <br> and DATA SEARCH NY, INC., d/b/a ) <br> TRAK AMERICA, ) <br> ) <br> Defendants. ) | 10 C 2154 <br> (Reassigned for Relatedness) <br><br> Judge Bucklo <br> Magistrate Judge Cox |

**PLAINTIFF BALBARIN'S COUNSEL'S L.R. 37.2 CERTIFICATE**

NOW COMES, one of Plaintiff Joanne F. Balbarin ("Plaintiff") attorneys, Curtis C. Warner and submits his L.R. 37.2 Certificate in support of an Order compelling Defendant Nelson, Watson & Associates, LLC ("NWA") to fully respond to discovery regarding NWA's purported Eighth Affirmative Defense of express prior consent, or in the alternative, or issue a report and recommendation striking NWA's Eighth Affirmative Defense.

Plaintiff counsel states:

1. On January 7, 2011, Plaintiff's counsel, Curtis C. Warner and Daniel A. Edelman ("Plaintiff's Counsel"), met face-to-face with NWA's counsel, Jason Hunter, and stated that in light of the class being certified that Plaintiff was requesting that Defendant fully respond to the subject discovery requests.

2. A confirming e-mail was sent to Mr. Hunter. Exhibit A.[1] On January 14, 2011, at approximately 10:30 a.m., Plaintiff's counsel Mr. Warner spoke with Defendant's counsel regarding the subject discovery requests.

3. A confirming e-mail was sent to Mr. Hunter. Exhibit B. ("Thank you for taking the time to talk to me and informing me that Defendant is still in the decision making process regarding the production of a class list and providing facts and documents regarding its asserted classwide defense."

4. On January 20, 2011, this issue was raised in open Court with counsel for the parties present.

5. Plaintiff's counsel has in good faith conferred with Defendant's counsel to make disclosure or discovery in an effort to obtain it without court action as required under Rule 37(a)(1) and Local Rule 37.2.

I declare under the penalty of perjury that the above is true and correct.

Respectfully submitted,

By: /s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)

---

[1] The Exhibits are attached to Plaintiff's Motion to Compel.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

*Co-Counsel for Plaintiff & the Certified Class*

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **January 25, 2011**, I filed electronically the **certificate above** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered.

                                    Respectfully submitted,

                                    s/ Curtis C. Warner
                                      Curtis C. Warner

Curtis C. Warner       cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 560
Chicago, Illinois 60601
(312) 238-9820 (TEL)