**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 10 C 1846 |
| v. | ) ) | |
| | ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; BLITT and GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC | ) ) ) ) ) ) | Magistrate Judge Cox |

_____

| | | |
|---|---|---|
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | |
| v. | ) ) | 10-cv-2154 (Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, | ) ) ) ) | Judge Bucklo Magistrate Judge Cox |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT
<u>WITH DEFENDANT DATA SEARCH NY, INC., d/b/a TRAK AMERICA</u>**

Plaintiffs, by and through their counsel, request that this Court grant plaintiffs an additional fourteen days to file their Joint Motion for Preliminary Approval of Class Action Settlement Agreement with Defendant Data Search NY, Inc., d/b/a Trak America ("Trak America").

In support of this motion, plaintiffs state:

1. On January 21, 2011, pursuant to the parties' joint stipulation, the Court

1

entered an order extending the parties' deadline to file a Motion for Preliminary Approval until February 22, 2011.

      2.      Although the parties have finalized the settlement agreement and the joint motion for preliminary approval, the parties are still working on finalizing the other settlement documents (the settlement class notice, preliminary approval order, and final approval order).

      3.      Therefore, plaintiffs' counsel respectfully requests an additional fourteen-day extension of time for the parties to file their joint motion for preliminary approval.

      4.      Plaintiffs' counsel has attempted to discuss this motion with counsel for defendant Trak America, but was unsuccessful in reaching defendant's counsel.

WHEREFORE, Plaintiffs request that this Court grant the parties an additional fourteen days to file their Joint Motion for Preliminary Approval of Class Action Settlement Agreement.

                                  Respectfully Submitted,

                                  s/Tiffany N. Hardy
                                  Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
(312) 238-9820

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on February 22, 2011, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

Curtis C. Warner
cwarner@warnerlawllc.com

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

Patrick J. Ruberry
ruberry@litchfieldcavo.com

Philip F Cuevas
cuevas@litchfieldcavo.com

Jason E. Hunter
hunter@litchfieldcavo.com

John J. Duffy
john.duffy@dbmslaw.com

George K. Samuel
samuel@dbmslaw.com

                                                                                          s/Tiffany N. Hardy
                                                                                          Tiffany N. Hardy