# APPENDIX 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, </br></br>Plaintiff, </br></br>v. </br></br>NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; BLITT and GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC | 10 C 1846 </br></br>Judge Bucklo </br>Magistrate Judge Cox |
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, </br></br>Plaintiff, </br></br>v. </br></br>WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, </br></br>Defendants. | 10 C 2154 </br>(Reassigned for Relatedness) </br></br>Judge Bucklo </br>Magistrate Judge Cox |

## NOTICE OF PENDENCY OF CLASS ACTION

TO: (a) All persons with a cellular telephone numbers in the Illinois area codes (217), (224), (309), (312), (331), (464), (618), (630), (708), (773), (779), (815), (847) or (872) (b) who, on or after March 24, 2006 (28 U.S.C. §1658), and on or before April 13, 2010, (c) received automated calls with a prerecorded message from Defendant Nelson, Watson & Associates, LLC (d) in an attempt to collect a debt on behalf of North Star (e) where Defendant Nelson, Watson & Associates, LLC's records do not show that the person provided the number to Defendant Nelson, Watson & Associates, LLC or the original creditor.

**PLEASE READ THIS NOTICE CAREFULLY,**
**IT MAY AFFECT YOUR LEGAL RIGHTS**

**THIS IS NOT A LAWSUIT THAT HAS BEEN FILED AGAINST YOU**, it is notification that you are a member of a Plaintiff class (the "Class") in this lawsuit filed against Defendant NELSON, WATSON & ASSOCIATES, LLC ("Defendant") in the United States District Court for the Northern District of Illinois (the "Lawsuit") and the Court has issued an Order that this Notice is to be sent to you.

The purpose of this Notice is to explain to you:

1. What the Lawsuit is about;
2. Your Rights as a Class Member;
3. Further Court Proceedings; and
4. How to Obtain More Information.

**1.      What is the Lawsuit About?**

The Lawsuit claims that NELSON, WATSON & ASSOCIATES, LLC ("Defendant") used an automatic dialer with a prerecorded message and called Plaintiff Balbarin's and the class members' cell phones to collect a debt without express prior consent in violation of the Telephone Consumer Protection Act. Plaintiff has sought statutory damages only under the Act in the amount of $500. The amount of damages can be trebled if a willful violation is found, for each automated call Defendant placed to her and each class member's cell phones. Defendant denies these allegations and has asserted several defenses. The Court has not decided whether Plaintiff or Defendant is right.

**2.      What are my Rights as a Class Member?**

On January 5, 2011, the Court certified the class as follows:

> (a) All persons with a cellular telephone numbers in the Illinois area codes (217), (224), (309), (312), (331), (464), (618), (630), (708), (773), (779), (815), (847) or (872) (b) who, on or after March 24, 2006 (28 U.S.C. §1658), and on or before April 13, 2010, (c) received automated calls with a prerecorded message from Defendant Nelson, Watson & Associates, LLC (d) in an attempt to collect a debt on behalf of North Star (e) where Defendant Nelson, Watson & Associates, LLC's records do not show that the person provided the number to Defendant Nelson, Watson & Associates, LLC or the original creditor.

The Court has approved of Joanne F. Balbarin as the class representative and has approved Warner Law Firm, LLC, 155 N. Michigan Ave., Ste. 560, Chicago, IL, 60601, Telephone (312) 238-9820, and Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle, 18th Floor, Chicago, IL, 60603, Telephone (312) 739-4200 as counsel for the class.

> a.  You have been identified as a class member by Defendant's records and you have the right to choose to stay in the class or to opt-out. If you wish to remain in the Class, you do not need to take any action. If you stay in the Class, you will be legally bound by all orders and judgments of the Court, and you will not be able to sue, or continue to sue Defendant in any lawsuit related to its use of its automatic dialer with a prerecorded message to collect a debt. You have the right to hire your own attorney.

>   The Court has already appointed Warner Law Firm, LLC, and Edelman, Combs, Latturner & Goodwin, LLC, as counsel for the class.
>
> **b.** If you do not wish to remain in the class, you must make your request in writing and must send it to the counsel above at Warner Law Firm, LLC, 155 N. Michigan Ave., Ste. 560, Chicago, IL 60601, by first class mail **postmarked no later than [_____], 2011**. If you exclude yourself from the Class, you will not be able to participate in any settlement or favorable judgment in the Lawsuit, but you will also not be bound by any unfavorable judgment.

**3.     Further Court Proceedings.**

The Court has ordered that the parties file their Summary Judgment Motions on or before October 17, 2011. On summary judgment or at trial, either party could win on the merits.

**4.     How do I get More Information?**

This Notice does not fully describe all of the claims and defenses of the parties. A copy of all pleadings regarding this case are available at the Court's Clerk's Office located on the 20th floor, 219 S. Dearborn St., Chicago, IL 60604. A copy of this Notice, the Complaint as Amended, Defendant's Answer, and the Court's Memorandum and Opinion regarding class certification are available for download at **www.warnerlawllc.com** under the Class Action Notices tab. Additionally for more details you can call Counsel for Plaintiff Balabrin and the Class at **[Number to be Determined]**.

**PLEASE DO NOT CALL THE JUDGE OR DEFENDANT**