**IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 10 C 1846 |
| v. | ) ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; BLITT and GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC | ) ) ) ) ) ) | Magistrate Judge Cox |

| | | |
|---|---|---|
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 10 C 2154 (Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, | ) ) ) ) | Judge Bucklo Magistrate Judge Cox |
| Defendants. | ) ) | |

**PLAINTIFF BALBARIN'S MOTION
FOR DEFENDANT NELSON, WATSON & ASSOCIATES, LLC
TO PRODUCE UNREDACTED COPIES OF THE SUBPOENAS IT ISSUED AND
UNREDACTED COPIES OF THE DOCUMENTS
IT OBTAINED FROM THOSE SUBPOENAS**

NOW COMES, Plaintiff Joanne F. Balbarin ("Plaintiff"), by and through her counsel, and requests this Honorable Court to enter an Order requiring Defendant Nelson, Watson & Associates, LLC ("Nelson") to produce unredacted copies of the subpoenas it issued and unredacted copies of the documents it obtained from those subpoenas.

In support of this Motion, Plaintiff states:

1. Defendant has been Ordered by this Court to either produce documents and state facts to support its asserted class wide affirmative defense of prior express consent or to withdraw the defense altogether. (Doc. 121).

2. On February 8, 2011, this Court entered a Protective Order. (Doc. 171).

3. As of March 1, 2011, Defendant continues to produce documents regarding subpoenas it has issued that are redacted, including completely concealing potential class members' identities.

4. Despite several written requests, a face-to-face meeting between Plaintiff's counsel Curtis Warner and Defendant's counsel Jason Hunter, and at least one phone call on the topic, Nelson has not produced unredacted copies of the subpoenas it has sent nor of the documents it has received in response to the subpoenas.

5. Rule 45(b)(1) required Nelson to send a copy of the subpoenas to Plaintiff's counsel. A redacted copy of the information sought does not comport with Rule 45(b)(1) as it is not a complete copy of the subpoena issued.

WHEREFORE, Plaintiff requests this Honorable Court to enter an Order requiring Nelson to produce unredacted copies of the subpoenas it has sent and the documents it has received in response to these subpoenas.

    Respectfully submitted,

    By: /s/ Curtis C. Warner
        Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 560
Chicago, IL 60601
(312) 238-9820 (TEL)

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603

*Co-Counsel for Plaintiff Balbarin & the Certified Class*