# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses,<br><br>    Plaintiff,<br>v.<br><br>NORTH STAR CAPITAL ACQUISITION, LLC, et al.,<br>    Defendants. | 10 C 1846<br>Judge Bucklo<br>Magistrate Judge Cox |

## FIRST SET OF INTERROGATORIES
## SERVED UPON ABSENT CLASS MEMBERS

Plaintiff, JoAnne F. Balbarin, filed a class action lawsuit alleging, among other claims, that defendant, Nelson, Watson and Associates, LLC violated the Telephone Consumer Protection Act. You received these questions because you have been identified as a person Nelson, Watson and Associates, LLC called between March 24, 2006 and March 24, 2010.

Pursuant to Federal Rule of Civil Procedure 33, You are directed to respond to the following questions, by sending the responses to _____ within 30 days.

### INTERROGATORIES

1. State Your full name, current residence address, date of birth, social security number and all phone numbers (including area code and addresses) used by You from January 1, 2005 to present, including work, home and cell phone numbers.

2. Between March 24, 2006 and March 24, 2010, did you receive telephone calls at [telephone number currently identified as a cell number].

    Yes \_\_\_\_\_            No. \_\_\_\_\_           Unsure \_\_\_\_\_

3. Between March 24, 2006 and March 24, 2010, was [telephone number currently identified as a cell number] a cell phone?

Yes \_\_\_\_\_  No. \_\_\_\_\_  Unsure \_\_\_\_\_

4. Between March 24, 2006 and March 24, 2010, was [telephone number currently identified as a cell number] a cell phone?

Yes \_\_\_\_\_  No. \_\_\_\_\_  Unsure \_\_\_\_\_

5. Did you ever give permission to [the original creditor associated with the NWA account] to call the number [telephone number currently identified as a cell number] prior to March 24, 2006?

Yes \_\_\_\_\_  No. \_\_\_\_\_  Unsure \_\_\_\_\_

6. Did you ever give permission to anyone to call the number [telephone number currently identified as a cell number] prior to March 24, 2006 concerning [the original creditor associated with the NWA account]?

Yes \_\_\_\_\_  No. \_\_\_\_\_  Unsure \_\_\_\_\_

By: _____
One of the attorneys for Defendant
Nelson, Watson and Associates, LLC.

David M. Schultz
Justin M. Penn
**HINSHAW & CULBERTSON LLP**
222 North LaSalle, Suite 300
Chicago, IL 60601-1081
(312) 704-3000

130082097v1 0918198 07791

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, <br> on behalf of herself and a class and subclasses, <br><br> Plaintiff, <br> v. <br><br> NORTH STAR CAPITAL ACQUISITION, LLC, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) 10 C 1846 <br> ) Judge Bucklo <br> ) Magistrate Judge Cox <br> ) <br> ) |

## FIRST SET OF REQUESTS FOR DOCUMENTS
## SERVED UPON ABSENT CLASS MEMBERS

Plaintiff, JoAnne F. Balbarin, filed a class action lawsuit alleging, among other claims, that defendant, Nelson, Watson and Associates, LLC violated the Telephone Consumer Protection Act. You received these questions because you have been identified as a person Nelson, Watson and Associates, LLC called between March 24, 2006 and March 24, 2010.

Pursuant to Federal Rule of Civil Procedure 34, You are directed to respond to the following questions, by sending copies of the documents identified below to _____ within 30 days.

## REQUESTS

1. Provide us a copy of any applications for goods, services or credit between You and [the original creditor associated with the NWA account] for the period of January 1, 2000 and the present.

2. Provide us a copy of any agreements, correspondence, or other documents You sent to [the original creditor associated with the NWA account] or that [the original creditor associated with the NWA account] sent to you between January 1, 2000 and the present.

3

By: _____
One of the attorneys for Defendant
Nelson, Watson and Associates, LLC

David M. Schultz
Justin M. Penn
**HINSHAW & CULBERTSON LLP**
222 North LaSalle, Suite 300
Chicago, IL 60601-1081
(312) 704-3000

4

130082097v1 0918198 07791