# EXHIBIT A

**Tiffany N. Hardy**

| | |
|---|---|
| **From:** | Hunter, Jason [hunter@litchfieldcavo.com] |
| **Sent:** | Monday, September 20, 2010 3:42 PM |
| **To:** | Curtis Warner |
| **Cc:** | Dan Edelman; Cathleen M. Combs; Tiffany N. Hardy |
| **Subject:** | RE: Balbarin v. Nelson Watson |

Curt:

In response to plaintiff's interrogatory number 8, and per our stipulation, I will deliver to you a CD containing identification of the accounts relating to NWA's search for all 312 and 773 telephone numbers for the period of October 1, 2007 through October 1, 2008 which were scrubbed to specifically identify only cellular telephone numbers. NWA had no accounts with 872 area code numbers for this period, and we have subsequently been able to determine that this area code did not come into effect until 2009. You should receive the CD by hand delivery tomorrow as we are in the process of bates labeling the records this afternoon, but I can't guarantee it by noon as there are over 2000 total documents being marked. We will work as expeditiously as possible to get you the information in short order.

For explanation, the account identification contains the following abbreviations:
AGYID – Agency Identification Number
AR – Left Recorded Message
Non-AR – Call attempt without message

In total, NWA identified 366 possible cellular telephone numbers on 390 accounts. As part of its regular business practice, NWA links accounts where the same person has multiple files and these are noted accordingly on the spreadsheet. There were a total of 2910 recorded messages left at these numbers and an additional 688 calls to these numbers without messages, for a total of 3598 calls.

Based on these results, we are willing to stipulate that NWA made at least 250 calls to cellular telephone numbers in the Illinois area codes (217), (224), (309), (331), (464), (618), (630), (708), (773), (779), (815), (847) or (872), who on or after March 24, 2006 and before April 10, 2010 received at least one prerecorded message from NWA in an attempt to collect a debt on behalf of North Star. However, we cannot stipulate on the issue of consent for these calls. As you know, it is NWA's contention that each file will need to be reviewed on an individual basis, which may also require deposition of the cellular telephone owner and subpoenaing records from the original creditor to fully gather the applicable information.

In addition, the CD will contain 50 corresponding Debtor Overview files as you had requested. These files were selected randomly (every 6th line from the spreadsheet). It will be another day before we have the corresponding electronic placement files; however, they should be small enough to e-mail when they come in. I would hope to have them to you later tomorrow afternoon.

We are also providing the ACA records in response to plaintiff's requests for production 20 and 21, as well as the dialer permits from the proposed class period in response to plaintiff's requests for production 17 and 18.

Finally, as we discussed when we last met, in response to interrogatory number 10, the searchable fields for NWA's call records include: Name, Address, Social Security Number, Agency Account (ID) Number, Original Account Number, Telephone Number, and Driver's License Number.

After reviewing the documents, if you have any questions, please do not hesitate to call or e-mail.

We will be filing our Response to Plaintiff's Motion for Class Certification shortly. If you do not receive it by electronic service by 6:00 p.m., let me know and I will e-mail you a copy.

Jason

Jason E. Hunter | Litchfield Cavo LLP
303 W. Madison Street | Suite 300 | Chicago, Illinois 60606-3300
312.781.6587 (direct) | 312.781.6630 (fax)
hunter@litchfieldcavo.com

---

**From:** Curtis Warner [mailto:cwarner@warnerlawllc.com]
**Sent:** Monday, September 20, 2010 2:26 PM
**To:** Hunter, Jason
**Cc:** Dan Edelman; Cathleen M. Combs; Tiffany N. Hardy
**Subject:** Balbarin v. Nelson Watson
**Importance:** High

Jason,

We need Nelson Watson's discovery responses and the documents regarding the proposed class. Are they going to be provided to us before noon tomorrow? Please advise.

Curt
------------------
Curtis C. Warner  cwarner@warnerlawllc.com
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 560
Chicago, Illinois 60601
312.238.9820 (TEL)
312.638.9139 (FAX)
www.warnerlawllc.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable

5/2/2011

privilege. Please do not disseminate this message without the permission of the author.
*******************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended-

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments may be legally
privileged and confidential. If you are not an intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
e-mail is strictly prohibited. If you have received this e-mail in error,
please notify the sender and permanently delete the e-mail and any
attachments immediately. You should not retain, copy or use this e-mail
or any attachment for any purpose, nor disclose all or any part of the
contents to any other person. Thank you.

Chicago     Hartford     Boston     New York     New Jersey/Philadelphia     Tampa     Fort Lauderdale     Milwaukee     Los Angeles

5/2/2011