# EXHIBIT B

Case: 1:10-cv-01846 Document #: 208-2 Filed: 05/03/11 Page 2 of 3 PageID #:2119



**Interactive Marketing Solutions**

About IMS　　IMS Customer List　　Customer's Log On　　Support　　Contact Us　　Home

Do Not Contact Lists　　Desktop Software Services　　Web-based File Cleaning & Database Services　　Data Management Services

**IMS Products:**
- Deceased Lists
- Prison List
- DMAChoice
- Foreign Mail Preference Service
- Telephone Preference Service
- E-mail Preference Service
- EasyID
- Wireless Block Identifier
- Wireless - Ported Numbers
- Wireless Lookup Service
- Wireless Block Expansion Program
- SmartClean / NCOA
- State Lookup Program
- State Do-Not-Call Lists
- Cooperative Email Opt-Out Service

# Updated Files Available Daily

## Wireless - Ported Numbers

### Learn how IMS enhances the Ported number files.

Federal Regulations restrict marketers when making unsolicited marketing calls to wireless numbers. However they now permit individuals to:

- Transfer the telephone numbers assigned to their wired home or office telephone to their wireless cell phones.
- Transfer the telephone numbers assigned to their wireless telephone to their wired home or office telephones

To correctly identify wireless numbers, **telemarketers must use the Wireless Block Identifier File and the Wireless Ported Number File together**.  IMS has been providing wireless identification products and services to Direct Marketers and Telemarketers since 2002 as well as do not contact lists for telephone, email, US and foreign mail.

The Ported Number files provide telemarketers with the information they need to identify:

- Numbers that appear to belong to wired land lines but are now assigned to wireless telephones. (Telemarketers must avoid making unsolicited sales calls to these numbers.)
- Numbers that appear to belong to wireless telephones but are now assigned to wired land lines. (If these numbers are not on Do Not Call lists, telemarketers may call them.)

### How to use the Wireless Files

The 2 ported files will be zipped together (the Audit file is available as a separate download) and distributed daily via download from our web site. The use and format of each file is as follows:

- The Landline-To-Wireless file must be used in your wireless identification process to further identify and suppress wireless records from your telemarketing files. Each record contains the 10 digit telephone number and date the number was last placed on the file. It is distributed in a comma delimited format. (This data must be used in conjunction with the wireless block identifier file to identify all wireless telephone numbers.)
- The Wireless-To-Landline file may be used to reinstate records previously identified as wireless and suppressed accordingly. Each record contains the 10 digit telephone number and date the number was last placed on the file. It is distributed in a comma delimited format.
- The audit .txt file contains all Ported Numbers that have been deleted or deleted and reinstated on the Ported Number list. This comma delimited file, distributed for audit purposes and not intended for day-to-day use, contains deleted numbers, the date they were originally placed on the list, the date they were deleted from the list and, if reinstated, the date they were reinstated. If a number was reinstated multiple times, it would appear on this file more than once.
- The Readme file contains the file layouts and other useful information

Also available to Ported Number subscribers is our on-line lookup of telephone numbers to assist subscribers who occasionally need to know if single numbers are either wireless or landline.

**How to subscribe to the Wireless - Ported Numbers File:**

The application for the Wireless - Ported Numbers file will be available for download after agreeing to our standard terms and conditions. OUR ARRANGEMENT WITH NEUSTAR, THE CUSTODIAN OF THE PORTED INFORMATION, REQUIRES THE EXECUTION OF A SEPARATE SUBSCRIPTION AND AGREEMENT FOR EVERY COMPUTER/SERVER USED TO HOST THE FILES(i.e., if the files are used on three computers, three separate subscriptions are required). YOU MUST COMPLETE OUR SUBSCRIPTION AGREEMENT AND NEUSTAR'S END USER AGREEMENT AND RETURN THEM BOTH TO US BEFORE RECIEVING YOUR USER NAME, PASSWORD AND DOWNLOAD INSTRUCTIONS. PLEASE CLICK ON "SUBSCRIPTION FORM" BELOW TO OBTAIN THE AGREEMENTS

New files will be available on our web server daily.

Subscriptions are priced at $1,345 per year. No partial year subscriptions are offered.

**Wireless Ported Numbers File Frequently Asked Questions**

For information on how to have the Ported Number files delivered to your secure ftp server daily, download the **Automated File Delivery Service PDF**

**How to subscribe to The Wireless-Ported Numbers File:**

- **Subscribe now to the Wireless Ported Numbers File**
- Download and mail your **Subscription Forms** with payment
- For further information **Please Contact Us**

Learn more about the Wireless Block Identifier File which identifies numbers that have been assigned to wireless carriers. To identify wireless telephone numbers, both files should be used together. There is no do not call list specifically for wireless numbers, so this is your best option to remain compliant with federal regulations.

© 2011 Interactive Marketing Solutions, 777 Summer Street, Suite 502, Stamford, CT 06901     Privacy Policy

Telephone (203) 653-2762 - Fax (203) 653-2767 - email solutions@ims-dm.com