**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE F. BALBARIN, | ) | |
| on behalf of herself and a class and subclasses, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 10 C 1846 |
| | ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, | ) | Magistrate Judge Cox |
| LLC, et al., | ) | |
| Defendants. | ) | |

## MOTION TO ENTER ORDER DIRECTING PRODUCTION OF RECORDS PURSUANT TO SUBPOENA TO CITIBANK (SOUTH DAKOTA), N.A. AND CITIBANK, N.A.

Defendant Nelson, Watson & Associates, LLC ("defendant" or "NWA") by its undersigned attorneys, respectfully requests that this Court enter an Order directing Citibank (South Dakota), N.A. and Citibank, N.A. to produce records pursuant to the subpoena issued to them, and in support thereof, states the following:

1.     On January 21, 2011 and January 27, 2011, NWA issued subpoenas to Citibank (South Dakota), N.A. and Citibank, N.A. (collectively "Citi") for the production of documents in this case.

2.     Since that time, NWA's counsel and counsel for Citi have been working together to facilitate the production of those documents. It appears that the parties have an agreement to produce the documents subject to the entry of an Order that Citi's counsel has requested.

3.     Citi's counsel has indicated that, as would be expected by the nature of the documents sought (including the underlying application and terms and conditions of customer's accounts), the documents may well contain personal information about the class members.

4.     Citi's counsel has requested that the following language be included in the order directing them to produce the documents:

- that the production shall be further subject to the Protective Order entered by this Court in this matter on February 8, 2011;

- that this Court recognizes that the documents responsive to the subpoenas may contain personal information of current and former Citi customers which are subject to privacy rights; and

- that this Court authorizes Citi to release the records responsive to the subpoenas which may contain persona, private and confidential information without further consent or notice to the current or former Citi customers and without liability to Citi.

5.      Counsel for NWA has drafted and circulated to plaintiff's counsel a proposed order agreed upon between NWA and Citi, and that proposed order will be submitted to the Court electronically.

6.      Plaintiff's counsel indicated that they do not object to the entry of the proposed order.

For the foregoing reasons, Defendant respectfully requests that the court grant the instant motion and enter the proposed order in substantially the same form that is agreed upon by the parties and submitted to the Court electronically for review, and for any other relief this Court deems fair and just.

Date:  June 22, 2011                                            Respectfully submitted,

                                                               Nelson, Watson & Associates, LLC

                                                               By: /s/*Justin M. Penn*
                                                               One of defendant's attorneys
                                                               David M. Schultz
                                                               Justin M. Penn
                                                               222 N. LaSalle, Suite 300
                                                               Chicago, IL 60601
                                                               312-704-3000
                                                               Attorneys for Defendant

130114932v1 0918198 07791

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2011, I electronically filed the forgoing **Motion to Enter Order Directing Production of Records Pursuant to Subpoena to Citibank (South Dakota), N.A. and Citibank, N.A.** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

s/ *Justin M. Penn*

Justin M. Penn

Justin M. Penn
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
jpenn@hinshawlaw.com

130114932v1 0918198 07791