# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

JOANNE F. BALBARIN,           )
                              )
        Plaintiff,            )
                              )
v.                            )
                              )
NORTH STAR CAPITAL ACQUISITION, )    Case No.: 10 CV 01846
LLC; ZENITH ACQUISITION        )
CORPORATION; DATA SEARCH N.Y.  )    Judge Bucklo
INC. d/b/a TRACKAMERICA; BLITT )
AND GAINES, P.C.; and NELSON,  )    Magistrate Judge Cox
WATSON & ASSOCIATES, LLC,      )
                              )
        Defendants.           )

---

CARLA A. HUBBS,                )
on behalf of herself and a class and subclasses,  )
                              )
        Plaintiff,            )
                              )    Case No. 10 CV 02154
v.                            )    (Reassigned for Relatedness)
                              )
WELTMAN, WEINBERG & REIS CO., L.P.A.,  )    Judge Bucklo
and DATA SEARCH NY, INC., d/b/a  )
TRAK AMERICA,                 )    Magistrate Judge Cox
                              )
        Defendants.           )

## DEFENDANT, NELSON, WATSON & ASSOCIATES, LLC'S AMENDED SUPPLEMENTAL RESPONSE TO PLAINTIFF BALBARIAN'S REQUEST FOR PRODUCTION #7

Defendant, NELSON, WATSON & ASSOCIATES, LLC, ("NWA") through its undersigned attorneys, pursuant to FRCP Rule 34, for its Amended Supplemental Response to Plaintiff Balbarian's Production Request Number 7, states as follows:

7. All documents that demonstrate NWA had the express consent to call each person with a cellular telephone numbers in the Illinois area codes (217), (224), (309), (312), (331), (464), (618), (630), (708), (773), (779), (815), (847) or (872),

on or after March 24, 2006 and on or before April 13, 2010, using an automated dialer to dial the number with a prerecorded message from Defendant NWA in an attempt to collect a debt on behalf of North Star.

**RESPONSE: Defendant objects to this request as overly broad, vague and unduly burdensome. Furthermore, the production request does not specify specific numbers but simply area codes, requiring this defendant to make individualized inquiries to identify specific numbers and provide any information relating to consent. Without waiving these objections, defendant states as follows:**

See attached documents for response to the 50 person sample as ordered by Judge Cox, all of which have previously been produced. NWA has identified 18 individuals from the court-ordered 50 person sample of class members as having provided express consent; no evidence of consent has been located for the remaining 32 individuals in the sample. See Supplemental Answer to Interrogatory Number 9 for reference to specific bates numbers concerning records for those individuals providing express consent.

Dated: June 23, 2011

NELSON, WATSON & ASSOCIATES, LLC

Jason E. Hunter
LITCHFIELD CAVO LLP
One of NWA's Attorneys

Jason E. Hunter (A.R.D.C. No. 6237345)
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606-3300
(312) 781-6618,-6587
(312) 781-6630 Fax

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOANNE F. BALBARIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRACKAMERICA; BLITT AND GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC, | ) ) ) ) ) ) ) | Case No.: 10 CV 01846  Judge Bucklo  Magistrate Judge Cox |
| Defendants. | ) | |

| | | |
|---|---|---|
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 10 CV 02154 (Reassigned for Relatedness) |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, | ) ) ) ) | Judge Bucklo  Magistrate Judge Cox |
| Defendants. | ) ) | |

## DEFENDANT, NELSON, WATSON & ASSOCIATES, LLC'S AMENDED SUPPLMENTAL ANSWER TO PLAINTIFF BALBARIAN'S INTERROGATORY #9

Defendant, NELSON, WATSON & ASSOCIATES, LLC, ("NWA") through its undersigned attorneys, pursuant to FRCP Rule 33, for its Amended Supplemental Answer to Plaintiff Balbarian's Interrogatory Number 9, states as follows:

**Interrogatory No. 9.**     If you contend that any person responsive to Interrogatory 8 above provided express consent to receive telephone calls on a cellular telephone, or use of an automatic telephone dialing system, and/or using an artificial or pre-recorded

voice, please explain as to each person identified the basis for such contention specifically, including citation to the bates number of all documentary evidence you contend supports such, and state the exact date NWA received such express consent or document evidencing express consent.

ANSWER:     **Objection. This interrogatory is overly broad, unduly burdensome, premature and vague. Subject to and without waiving its objections, defendant states that with respect to the sample of class members, the terms and conditions agreed to by the class member identified, and amendments thereto, show that they gave express consent either at the time that they entered into the underlying agreement, or at the time it was amended (or both). That consent is equally applicable to NWA as it is to the original creditor per the terms of the relevant terms and conditions. Those terms and conditions, when read as a whole, show that NWA had a right to collect the respective debts, including containing relevant sections related to promises to pay, the terms of repayment, default, assignment, and collections. With respect to evidence of consent contained in the 50 person sample as ordered by Judge Cox, NWA has identified the 18 below-listed individuals as having provided express consent; no evidence of consent has been located for the remaining 32 individuals in the sample.**

- the "Credit Reporting" provision of the terms and conditions applicable to "Todd ███████" at NWA 003370 and 003374;

- the "Credit Reporting" provision of the terms and conditions applicable to "Odalys ███" at NWA 003370 and 003374;

- the "Credit Reporting" provision of the terms and conditions applicable to "James ██████" at NWA 003370 and 003374;

- the "Credit Reporting" provision of the terms and conditions applicable to "Deborah ██████" at NWA 003370 and 003374;

- the "Credit Reporting" provision of the terms and conditions applicable to "Shelita ██████" at NWA 003370 and 003374;

- the "Credit Reporting" provision of the terms and conditions applicable to "██████ James" at NWA 003370 and 003374;

- the "Your Billing Address" and "Communications" provisions of the terms and conditions applicable to "██████ Igles" at NWA 012534;

2

- the "Your Billing Address" and "Communications" provisions of the terms and conditions applicable to "██████Lewis" at NWA 012431;

- the "Your Billing Address" and "Communications" provisions of the terms and conditions applicable to '██████Floyd" at NWA 012431;

- the "Your Billing Address" and "Communications" provisions of the terms and conditions applicable to "██████Carrion" at NWA 012431;

- the "Your Billing Address" and "Communications" provisions of the terms and conditions applicable to '██████Weinstein" at NWA 012431;

- the "Communications" provision of the terms and conditions relevant to the plaintiff's account at NWA 00161;

- the "Credit Information and Credit Reports" provision of the terms and conditions applicable to "██████Linares" at NWA 003290 and 003296;

- the "Credit Information and Credit Reports" provision of the terms and conditions applicable to '██████Garcia" at NWA 003325;

- the "Credit Information and Credit Reports" provision of the terms and conditions applicable to '██████ Bahena" at NWA 003313;

- the "Credit Information and Credit Reports" provision of the terms and conditions applicable to "██████Turnquest" at NWA 003302;

- the "Credit Information and Credit Reports" provision of the terms and conditions applicable to '██████Dostal" at NWA 003319; and

- the "Personal Information" provision of the terms and conditions applicable to "██████Wood" at NWA 003505.

NWA intends to call a records custodian in the event the foundation of these documents is not admitted. This response includes reference to only the court ordered sample of 50 class members.

Dated: June 22, 2011                    NELSON, WATSON & ASSOCIATES, LLC

_____
                    Daniel Kuzmitski
                    Director of Training and Compliance of
                    Nelson, Watson & Associates, LLC

As to Objections:

_____

Jason E. Hunter
LITCHFIELD CAVO LLP
One of NWA's Attorneys

Jason E. Hunter (A.R.D.C. No. 6237345)
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606-3300
(312) 781-6618,-6587
(312) 781-6630 Fax

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

4

## VERIFICATION

Under penalties as provided by law under the Federal Rules of Civil Procedure, I, Daniel Kuzmitski, of Nelson, Watson & Associates, LLC, having been duly authorized by it to make this verification on its behalf, certify that I have read the foregoing **AMENDED SUPPLEMENTAL RESPONSE TO PLAINTIFF BALBARIAN'S REQUEST FOR PRODUCTION #7, and AMENDED SUPPLMENTAL ANSWER TO PLAINTIFF BALBARIAN'S INTERROGATORY #9** and that the same are true and correct to the best of my knowledge and belief.

Signed and sworn to before me
this 23rd day of June, 2011

Notary Public

# EXHIBIT B

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

| | |
|---|---|
| Joanne F. Balbarin | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   10 cv 01846 |
| North Star Captial Acquisition, LLC, et al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of Illinois           ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Wells Fargo Financial
       3201 N. 4th Ave., Sioux Falls, SD 57104

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Any and all documents relating to the accounts listed on the Rider including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).  See information Rider attached as Exhibit 1.

| Place:  See Rider | Date and Time: |
|---|---|
| | 12/01/2010 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___11/22/2010___

|  |  |  |
|---|---|---|
| *CLERK OF COURT* | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     Nelson, Watson & Associates, LLC_____ , who issues or requests this subpoena, are:

Jason Hunter/Litchfield Cavo LLP, 303 W. Madison Street, Suite 300, Chicago, IL 60606
hunter@litchfieldcavo.com, 312/781-6587

NWA 003276

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| Joanne F. Balbarin | |
| *Plaintiff* | Civil Action No.   10 cv 01846 |
| v. | |
| North Star Captial Acquisition, LLC, et al. | (If the action is pending in another district, state where: |
| *Defendant* | Northern District of Illinois        ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Wells Fargo Financial
      3204 N. 4th Ave., Sioux Falls, SD 57104

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Any and all documents relating to the accounts listed on the Rider including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).  See information Rider attached as Exhibit 1.

| Place: See Rider | Date and Time: |
|---|---|
| | 12/01/2010 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/22/2010

| CLERK OF COURT | | OR | |
|---|---|---|---|
| _____ | | | _____ |
| *Signature of Clerk or Deputy Clerk* | | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Nelson, Watson & Associates, LLC                                     , who issues or requests this subpoena, are:

Jason Hunter/Litchfield Cavo LLP, 303 W. Madison Street, Suite 300, Chicago, IL 60606
hunter@litchfieldcavo.com, 312/781-6587

NOV 2 4 2010

AO88 (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

Joanne F. Balbarin

Plaintiff,

v.

North Star Capital Acquisition, LLC, et al.

Defendant.

Civil Action No: 10 cv 01846

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **Wells Fargo Financial Retail Credit, Inc.**           Attorneys of Record
c/o Illinois Corporation Services
801 Adlai Stevenson Drive
Springfield, IL 62703

☑   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Any and all documents relating to the account ending in 8730 which was issued to** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).   See information rider attached as Exhibit 1.**

| PLACE:  Litchfield Cavo, LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 | DATE AND TIME:  November 22, 2010 at 9:30 |
|---|---|

☐   *Inspection of Premises:*  **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|

The provisions of Fed.R.Civ.P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _11/12/2010_

CLERK OF COURT

_____          OR   _____
Signature of Clerk or Deputy Clerk                    Attorney's Signature

The name, address, e-mail, and telephone number of the attorney representing (name of party) Nelson Watson & Associates, who issues or requests this subpoena are:  Jason E. Hunter c/o Litchfield Cavo LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 (312) 781-6555.



11/30/2010


Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606-3300


RE:     Joanne F. Balbarin vs. North Star Capital Acquisition, LLC, et al.
        Civil Action No. 10 cv 01846


To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the
authorization/subpoena.  If you have any questions or need additional information please feel free to
contact me at the number listed below.


Sincerely,

April S.
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7951
Fax: 605-226-7940


Enclosure (s)


Doc ID# 1512

NWA 003288



11/26/10

Litchfield Cavo LLP
Jason E Hunter
303 W Madison St, Ste 300
Chicago, IL 60606

RE:     Joanne F Balbarin vs North Star Capital Acquisition LLC, et al
        Civil Action No:  10 cv 01846

To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the
authorization/subpoena.  If you have any questions or need additional information please feel free to
contact me at the number listed below.  There was no credit card application available.

Sincerely,

*Evonne*

Evonne
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7947
Fax: 605-226-7940


Enclosure (s)

Doc ID# 1512

NWA 003292

AO88 (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF ILLINOIS

Joanne F. Balbarin

      Plaintiff,               Civil Action No:  10 cv 01846

      v.

North Star Capital Acquisition, LLC, et al.

      Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:  **Wells Fargo Financial Retail Credit, Inc.**      Attorneys of Record
      c/o Illinois Corporation Services
      801 Adlai Stevenson Drive
      Springfield, IL 62703

☑  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Any and all documents relating to the account ending in 8730 which was issued to ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).** See information rider attached as Exhibit 1.

| PLACE: | DATE AND TIME: |
|---|---|
| Litchfield Cavo, LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 | November 22, 2010 at 9:30 |

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|
| | |

    The provisions of Fed.R.Civ.P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  11/12/2010

CLERK OF COURT

_____  OR  _____
*Signature of Clerk of Deputy Clerk*        *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (name of party) Nelson Watson & Associates, who issues or requests this subpoena are: Jason E. Hunter c/o Litchfield Cavo LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 (312) 781-6555.



11/26/2010

Litchfield Cavo LLP
Attn: Jason E. Hunter
303 West Madison St, Suite 300
Chicago, IL 60606

RE:    Joanne f. Balbarin vs. North Star Capital Acquisition, LLC et al
       Civil Action No.:  10 cv 01846

To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the
authorization/subpoena.  If you have any questions or need additional information please feel free to
contact me at the number listed below.

Sincerely,

Kathy
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7953
Fax: 605-226-7940

Enclosure (s)

Doc ID# 1512

NWA 003304

AO88  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS

Joanne F. Balbarin
      Plaintiff,                 Civil Action No:  10 cv 01846

        v.

North Star Capital Acquisition, LLC, et al.
      Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **Wells Fargo Financial Retail Credit, Inc.**       Attorneys of Record
       c/o Illinois Corporation Services
       801 Adlai Stevenson Drive
       Springfield, IL 62703

☑   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Any and all documents relating to the account ending in 5046 which was issued to** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉**, including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).** **See information rider attached as Exhibit 1.**

| PLACE: | DATE AND TIME: |
|---|---|
| Litchfield Cavo, LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 | November 22, 2010 at 9:30 |

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|
| | |

      The provisions of Fed.R.Civ.P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/12/2010

           CLERK OF COURT

                                       OR               

       *Signature of Clerk of Deputy Clerk*                           *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (name of party) Nelson Watson & Associates, who issues or requests this subpoena are:  Jason E. Hunter c/o Litchfield Cavo LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 (312) 781-6555.



11/26/2010

Litchfield Cavo LLP
Attn: Jason E. Hunter
303 West Madison St, Suite 300
Chicago, IL 60606

RE:  Joanne f. Balbarin vs. North Star Capital Acquisition, LLC et al
     Civil Action No.:  10 cv 01846

To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the
authorization/subpoena.  If you have any questions or need additional information please feel free to
contact me at the number listed below.

Sincerely,

Kathy
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7953
Fax: 605-226-7940

Enclosure (s)

Doc ID# 1512

NWA 003306

AO88 (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF ILLINOIS

Joanne F. Balbarin

      Plaintiff,              Civil Action No:  10 cv 01846

      v.

North Star Capital Acquisition, LLC, et al.
      Defendant.

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **Wells Fargo Financial Retail Credit, Inc.**       Attorneys of Record
       c/o Illinois Corporation Services
       801 Adlai Stevenson Drive
       Springfield, IL 62703

☑   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Any and all documents relating to the account ending in 2479 which was issued to** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**, including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).** **See information rider attached as Exhibit 1.**

| PLACE: | DATE AND TIME: |
|---|---|
| Litchfield Cavo, LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 | November 22, 2010 at 9:30 |

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|
|  |  |

    The provisions of Fed.R.Civ.P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/12/2010

      CLERK OF COURT

                                  OR

_____         _____
*Signature of Clerk of Deputy Clerk*            *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (name of party) Nelson Watson & Associates, who issues or requests this subpoena are:  Jason E. Hunter c/o Litchfield Cavo LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 (312) 781-6555.

NWA 003307



11/26/10

Litchfield Cavo LLP
Jason E Hunter
303 W Madison St, Ste 300
Chicago, IL 60606

RE:     Joanne F Balbarin vs North Star Capital Acquisition LLC, et al
        Civil Action No:  10 cv 01846

To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the
authorization/subpoena.  If you have any questions or need additional information please feel free to
contact me at the number listed below.  There was no credit card application available.

Sincerely,

Evonne

Evonne
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7947
Fax: 605-226-7940

Enclosure (s)

Doc ID# 1512

NWA 003315

AO88 (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
NORTHERN DISTRICT OF ILLINOIS

Joanne F. Balbarin

          Plaintiff,                        Civil Action No:  10 cv 01846

       v.

North Star Capital Acquisition, LLC, et al.

          Defendant.

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **Wells Fargo Financial Retail Credit, Inc.**       Attorneys of Record
       c/o Illinois Corporation Services
       801 Adlai Stevenson Drive
       Springfield, IL 62703

☑   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Any and all documents relating to the account ending in 0272 which was issued to ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮, including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).**   See information rider attached as Exhibit 1.

| PLACE: | DATE AND TIME: |
|---|---|
| Litchfield Cavo, LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 | November 22, 2010 at 9:30 |

☐   *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|
| | |

     The provisions of Fed.R.Civ.P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   __11/12/2010_____

        CLERK OF COURT

                                         OR

_____           _____
     *Signature of Clerk of Deputy Clerk*                          *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (name of party) Nelson Watson & Associates, who issues or requests this subpoena are: Jason E. Hunter c/o Litchfield Cavo LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 (312) 781-6555.



11/26/10

Litchfield Cavo LLP
Jason E Hunter
303 W Madison St, Ste 300
Chicago, IL 60606

RE:    Joanne F Balbarin vs North Star Capital Acquisition LLC, et al
         Civil Action No: 10 cv 01846

To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the authorization/subpoena. If you have any questions or need additional information please feel free to contact me at the number listed below. There was no credit card application available.

Sincerely,

*Evonne*

Evonne
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7947
Fax: 605-226-7940

Enclosure (s)

Doc ID# 1512

AO88 (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF ILLINOIS

Joanne F. Balbarin
                 Plaintiff,

          v.

North Star Capital Acquisition, LLC, et al.
                 Defendant.

Civil Action No:  10 cv 01846

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **Wells Fargo Financial Retail Credit, Inc.**        Attorneys of Record
      c/o Illinois Corporation Services
      801 Adlai Stevenson Drive
      Springfield, IL 62703

☑  *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: **Any and all documents relating to the account ending in 7419 which was issued to** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ **including but not limited to the original credit card application, agreement and supplemental credit card endorsements, as well as any other contract(s) or agreement(s).** **See information rider attached as Exhibit 1.**

| PLACE: | DATE AND TIME: |
|---|---|
| Litchfield Cavo, LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 | November 22, 2010 at 9:30 |

☐  *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE: | DATE AND TIME: |
|---|---|
|  |  |

    The provisions of Fed.R.Civ.P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45(d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/12/2010

          CLERK OF COURT

                                          OR

          *Signature of Clerk of Deputy Clerk*                      *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing (name of party) Nelson Watson & Associates, who issues or requests this subpoena are: Jason E. Hunter c/o Litchfield Cavo LLP., 303 West Madison Street, Suite 300, Chicago, IL 60606 (312) 781-6555.



12/2/2010

Litchfield Cavo, LLP
303 W. Madison Street, Suite 300
Chicago, IL 60606-3300
Jason E. Hunter

RE:     Joanne F. Balbarin vs. North Star Capital Acquisition, LLC, et al.
        Civil Action No. 10.cv 01846

To Whom It May Concern:

Enclosed are documents from our loan file for the above referenced matter, as requested by the
authorization/subpoena.  If you have any questions or need additional information please feel free to
contact me at the number listed below.

Sincerely,

April S.
Subpoena Processing
Wells Fargo Financial
14 South Main Street
MAC: F6808-011
Aberdeen, SD 57401

Voice: 605-226-7951
Fax: 605-226-7940

Enclosure (s)

Doc ID# 1512

NWA 003327

# EXHIBIT C

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | | |
|---|---|---|
| Joanne F. Balbarin | ) | |
| *Plaintiff* | ) | Civil Action No.  10 cv 01846 |
| v. | ) | |
| North Star Capital Acquisition, LLC, et al. | ) | (If the action is pending in another district, state where: |
| | ) | Northern District of Illinois          ) |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  CITIBANK (South Dakota), N.A.
     701 E. 60th St., N., MC 1251, Sioux Falls, SD 57117 (Contact ID# 142178)

    ☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following
documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the
material: Any and all documents relating to the accounts listed on the Rider including but not limited to the original
    credit card application, agreement and supplemental credit card endorsements, as well as any other
    contract(s) or agreement(s).  See information Rider attached as Exhibit 1.

| Place: See Rider | Date and Time: |
|---|---|
| | 11/29/2010 10:00 am |

    ☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule
45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are
attached.

Date:  11/19/2010

            *CLERK OF COURT*
                                              OR    _____
    _____                        *Attorney's signature*
    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Nelson, Watson &
Associates, LLC                                               , who issues or requests this subpoena, are:
    Jason E. Hunter/Litchfield Cavo LLP, 303 W. Madison Street, Suite 300, Chicago, IL 60606
    hunter@litchfieldcavo.com, 312/781-6587

NWA 003354



Citigroup Management Corp.
Citi Consumer Subpoena Compliance Un

701 East 60th Street, North
P.O. Box 6034
Sioux Falls, SD 57117-6034

Tel: 605-331-1662
Fax: 605-330-6745

VIA UPS OVERNIGHT DELIVERY

November 30, 2010

Jason E. Hunter
Litchfield Cavo, LLP
303 W. Madison St., Suite 300
Chicago, IL 60606

Re:     Joanne F. Balbarin v. North Star Capital Acquisition; Civil Action No. 10 cv 01846,

Dear Mr. Hunter:

This letter is in response to your Subpoena issued to Citibank (South Dakota), N.A.  Thank you for agreeing to grant Citi an extension to respond to your subpoena.

Citibank (South Dakota), N.A has no record of the accounts for ████████ and █████████

As we discussed, Citibank did not locate copies of the applications used to establish the BP/Amoco and Citgo accounts for the remaining individuals.  Their accounts were acquired by Citibank through a merger with Associates National Bank in 2002.  Enclosed are screen prints for each account showing the customer identifying information and basic account data on file.  Also enclosed are samples of the notices of the merger and Cardmember Agreement sent to customers at the time of the merger.  Citibank's records do not reflect any subsequent changes in terms.

I am a Custodian of Records for Citibank (South Dakota), N.A., and hereby state and declare as follows:

1.  That I am a duly authorized custodian of the records or other qualified witness and have authority to certify the attached records.
2.  That the attached records are copies of the requested records described in the Subpoena which are currently available.
3.  That the attached records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition or event.

I certify under penalty of perjury that the foregoing is true and correct.

We understand that by providing you with this information, we have complied with the terms of the Subpoena.  Please refer to our Contact ID#142311 when contacting us about this matter.

Sincerely,

Cathrine R. Reinecke
Sr. Vice President & Manager
(605) 331-2632

Enclosures

3358739

# EXHIBIT D

**CONFIDENTIAL**

Jennifer
No solicitation or written agreement available

NWA 015209

**CONFIDENTIAL**

Frances
No solicitation or written agreement available

NWA 015177

Marcene
No solicitation or written agreement available

NWA 015147

**CONFIDENTIAL**

Michael █████
No solicitation or written agreement available

NWA 015131

Stephen █████
No solicitation or written agreement available

NWA 015095

**CONFIDENTIAL**

Heather
No solicitation or written agreement available

NWA 015094