UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOANNE F. BALBARIN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRACKAMERICA; BLITT AND GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC,<br><br>    Defendants. | Case No.: 10 CV 01846<br><br>Judge Bucklo<br><br>Magistrate Judge Cox |
| CARLA A. HUBBS,<br>on behalf of herself and a class and subclasses,<br><br>    Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA,<br><br>    Defendants. | Case No. 10 CV 02154<br>(Reassigned for Relatedness)<br><br>Judge Bucklo<br><br>Magistrate Judge Cox |

## ORDER

On Motion of Defendant Nelson, Watson & Associates, LLC ("NWA") for an Order Directing Production of Records Pursuant to Subpoena to Citibank (South Dakota), N.A., and Citibank, N.A. (Collectively, "Citi"), the Court finds good cause for the issuance of an order, and orders as follows:

    IT IS HEREBY ORDERED THAT:

1. Citi shall produce non-privileged records that are reasonably available pursuant to the subpoenas of NWA issued on January 21, 2011 and January 27, 2011 ("subpoenas"), subject to all prior objections raised by Citi.

2. Such production shall be further subject to the Protective Order entered by this Court in this matter on February 8, 2011.

3. This Court recognizes that the documents responsive to the subpoenas may contain personal information of current and former Citi customers which are subject to privacy rights and protection.

4. The Court authorizes Citi to release the records responsive to the subpoenas which may contain personal, private and confidential information without further consent or notice to the current or former Citi customers and without liability to Citi.

ENTERED:

6-28-11

_____
SUSAN E. COX
U.S. Magistrate Judge