IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, ) <br> on behalf of herself and a class and ) <br> subclasses, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH STAR CAPITAL ) <br> ACQUISITION, LLC, et al., ) <br> ) <br> Defendant. ) | 10 C 1846 <br><br> Judge Bucklo <br><br> Magistrate Judge Cox |

**PLAINTIFF'S MOTION FOR CLARIFICATION OF THE COURT'S
AUGUST 15, 2011 ORDER**

NOW COMES, Plaintiff Joanne F. Balbarin ("Plaintiff") by and through her counsel, and requests this Honorable Court to clarify the Court's August 15, 2011 Order. In support of this motion Plaintiff states:

1. On June 15, 2011, this Court addressed Plaintiff's Motion to Strike Defendant's asserted affirmative defense of consent. The Court was notified that since the filing of Plaintiff's motion Defendant Nelson, Watson & Associates ("Nelson") had supplemented its response to Plaintiff's interrogatory 9 by providing facts of what it believes was consent as to only 18 out of the 50 person class sample. A copy of Nelson's unsigned Interrogatory response discussed before the Court is attached hereto as <u>Exhibit A</u>.

2. On June 15, granted in part Plaintiff's motion to strike Defendant's Affirmative Defense of Consent [Doc. 201] for its failure to completely respond to Plaintiff's Interrogatory No. 9, and on the recorded stated that as to 32 persons of the 50 person sample where Defendant did not state any fact that supported its affirmative defense of consent, Defendant was barred

from later producing any evidence of consent as to those 32 persons in any further proceeding. (Doc. 217), Exhibit B.

3. On August 15, 2011, in deciding Plaintiff's motion for discovery sanctions this Court entered an Order providing that, "Defendants are to complete, verify and answer Plaintiff's Interrogatory #9 by 8/31/11." (Doc. 241), Exhibit C.

4. The August 15, 2011, Order could be read as permitting Defendant to complete, verify and answer Plaintiff's Interrogatory #9 by 8/31/11 and including submitting evidence as to those 32 persons in the 50 person sample that were previously barred which would be contrary to the June 15, 2011.

WHEREFORE, Plaintiff requests this Honorable Court to clarify whether the August 15, 2011 Order does not permit Defendant to supplement evidence as to those 32 persons of the 50-person sample it was barred from doing so in the record and Order entered on June 15, 2011.

Respectfully submitted,

/s Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave., Suite 560
Chicago, IL 606601
(312) 238-9820 (TEL.)

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603