**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) | |
| Plaintiff, | ) ) | 10 C 1846 |
| v. | ) ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC; ZENITH ACQUISITION CORPORATION; DATA SEARCH N.Y. INC. d/b/a TRAKAMERICA; BLITT and GAINES, P.C.; and NELSON, WATSON & ASSOCIATES, LLC | ) ) ) ) ) ) | Magistrate Judge Cox |
| _____ | ) | |
| CARLA A. HUBBS, on behalf of herself and a class and subclasses, | ) ) | |
| Plaintiff, | ) ) | 10-cv-2154 (Reassigned for Relatedness) |
| v. | ) ) | Judge Bucklo |
| WELTMAN, WEINBERG & REIS CO., L.P.A., and DATA SEARCH NY, INC., d/b/a TRAK AMERICA, | ) ) ) ) | Magistrate Judge Cox |
| Defendants | ) | |

## AGREED MOTION TO AMEND FINAL APPROVAL ORDER

Defendant Data Search N.Y., Inc. d/b/a TrakAmerica ("Trak"), by and through its

attorneys David M. Schultz and Justin M. Penn, and for its Agreed Motion to Amend

Final Approval Order, states as follows:

1.      On July 28, 2011, this Court granted final approval to the class action

settlement in this case.  See Docket No. 237.  The order contemplated sending checks to

7,693 class members who could be located. Each was to receive a check in the amount of $3.90. The check amount was small due to the amount of 1% of Defendant's net worth and the number of class members.

2.    Payment to the class members, plaintiffs, and class counsel is to be made by September 1, 2011. Doc. 237.

3.    On August 26, 2011, the third party class administrator informed Trak's counsel that it discovered that there was an error with one of its sorters, such that undeliverables were not properly reported in the weekly statistics for this case. As such, the total number of undeliverable claim packages was 609, rather than zero.

4.    The class of individuals who could be located (and who did not opt out) was 7,082[1] class members. Trak therefore requests that this Court amend the Final Approval Order to reflect that new number, and reflect the new, larger payment per class member of $4.23.

5.    In addition, Trak requests that this Court direct payment to be made within 21 days of the entry of the amended final approval order.

6.    Counsel for the plaintiff has reviewed this motion prior to its filing and does not oppose the relief sought.

WHEREFORE defendant Data Search N.Y., Inc. d/b/a TrakAmerica, respectfully requests that this Court amend the Final Approval Order as detailed in this Motion, and

---

[1] The original estimate of 7,693, it appears, included the two opt outs. The total number of individuals to be sent a check in this case is therefore 7,082.

130162430v1 0911500 00004

for any other relief that this Court deems appropriate.

Respectfully submitted,

/s/Justin M. Penn
One of the Attorneys for
Data Search N.Y., Inc. d/b/a
TrakAmerica

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL  60601
312-704-3000
Firm I.D. #90384

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2011, I electronically filed the **Defendant's Agreed Motion to Amend the Final Approval Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

<u>/s/Justin M. Penn</u>
Justin M. Penn

4