**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOANNE F. BALBARIN, ) <br> on behalf of herself and a class and ) <br> subclasses, ) <br> ) <br>　　　　　Plaintiff, ) <br> ) <br>　　v. ) <br> ) <br> NORTH STAR CAPITAL ) <br> ACQUISITION, LLC, et al., ) <br> ) <br>　　　　　Defendant. ) | 10 C 1846 <br><br> Judge Bucklo <br><br> Magistrate Judge Cox |

**JOINT MOTION TO STRIKE DATE**

Plaintiff Jonne F. Balbarin and Defendant Nelson Watson & Associates, LLC, (collectively the "Parties"), respectfully request this Honorable Court to enter an Order striking the summary judgment deadline.

In support of this motion, the Parties state as follows:

1.　On June 6, 2010, this Court entered an Order requiring that dispositive motions with supporting memoranda are due by October 17, 2011.  (Doc. 47).

2.　Defendant Nelson Watson & Associates, LLC is the only Defendant remaining in this action.

3.　The Parties have reached a class settlement agreement establishing a $500,000 common fund.

4.　The Parties are close to finalizing the settlement documents and once completed and signed, will move for preliminary approval of the settlement.

WHEREFORE, the Parties respectfully request this Honorable Court to enter an Order striking the summary judgment deadline.

Respectfully submitted,

| | |
|---|---|
| s/ Curtis C. Warner | s/ Justin M. Penn |
| Curtis C. Warner | David M. Schultz |
| Warner Law Firm, LLC | Justin M. Penn |
| 155 N. Michigan Ave. Ste. 560 | Hinshaw & Culbertson LLP |
| Chicago, Illinois 60601 | 222 N. LaSalle Street, Suite 300 |
| (312) 238-9820 (TEL) | Chicago, IL 60601 |
| | (312) 704-3000 |
| Daniel A. Edelman | Patrick J. Ruberry |
| Cathleen M. Combs | Jason Hunter |
| James O. Latturner | Litchfield Cavo, LLP |
| Tiffany N. Hardy | 303 West Madison Street, Ste. 300 |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | Chicago, IL 60606 |
| | (312) 781-6677 |
| 120 S. LaSalle Street, 18th Floor | |
| Chicago, Illinois 60603 | *Counsel for Defendant* |
| (312) 739-4200 | *Nelson Watson & Associates, LLC* |
| (312) 419-0379 (FAX) | |

*Counsel for Plaintiff*