IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 10 C 1846 |
| v. | ) ) | Judge Bucklo |
| NORTH STAR CAPITAL ACQUISITION, LLC, et al., | ) ) ) ) | Magistrate Judge Cox |
| Defendant. | ) | |

## PRELIMINARY APPROVAL ORDER

The Court, having considered the parties' motion for preliminary approval, hereby grants preliminary approval to the Class Settlement Agreement ("Agreement") between Plaintiff, Joanne F. Balbarin ("Plaintiff"), individually, and as representative of the class of persons defined below ("Class"), and Defendant, Nelson Watson & Associates, LLC ("Defendant").

1. The proposed Agreement and Release, the terms of which are fully set forth in the Agreement, is reasonable, fair and hereby approved by the Court, subject to the final fairness hearing described below.

2. On January 5, 2011, the Court certified a class upon which the Parties agree to be the Settlement Class defined as:

> (a) All persons with a cellular telephone number in the Illinois area codes (217), (224), (309), (312), (331), (464), (618), (630), (708), (773), (779), (815), (847) or (872) (b) who, on or after March 24, 2006 (28 U.S.C. § 1658), and on or before April 13, 2010, (c) received automated calls with a prerecorded message from Defendant Nelson, Watson & Associates, LLC (d) in an attempt to collect a debt on behalf of North Star (e) where Defendant Nelson, Watson & Associates, LLC's records do not show that the person provided the number to Defendant Nelson, Watson & Associates, LLC or the original creditor.

3. Nelson Watson has estimated based on its electronic records that about 2,074 names are in the Settlement Class, and after eliminating duplicate individuals is approximately 1,975 persons.

4. Plaintiff Joanne F. Balbarin is appointed as the Class Representative.

5. Edelman Combs Latturner & Goodwin, LLC and Warner Law Firm, LLC are appointed as Class Counsel.

6. The Court approves the parties' proposed Class Notice and directs it be mailed to the last known address of the class members as shown on Defendant's records after Defendant causes a change of address scrub to be preformed to determine whether the class member's address has changed. Defendant will cause the notice to be mailed to class members on or before **DECEMBER 8, 2012**. Defendant will have the notice sent by any form of U.S. Mail providing forwarding addresses. Defendant shall cause to have skip traced any class members whose letter is return as undeliverable, unable to forward.

7. The Court finds that mailing of class notice, in conjunction with the prior notice sent to the Settlement Class as directed by this Court, is the only notice required . and that such notice satisfies the requirements of due process and Fed.R.Civ.P.23(c)(2)(B).

8. Class members shall have until **JANUARY 23, 2012,** to object to the proposed settlement. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and serve copies of the objection on counsel for both Plaintiff and Defendant by that date. Any objection must include the name and number of the case and a statement of the reason why the objector believes that the Court should find that proposed settlement is not in the best interests of the class. Objectors who have filed written objections to the settlement can also appear at the hearing and be heard on the fairness of a settlement.

9. In order to receive a portion of the cash payment under the settlement, the class members' notice must not be returned undeliverable after one skip-trace.

10. Within ten (10) days of the entry of this Order, that date being **NOVEMBER 21, 2011,** Defendant shall file with the Court proof of compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b).

11. A final hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it and the requests for fees and expenses by counsel for the Class will be held before this Court on April 6, **2012, at 10:30 a.m.**

ENTERED: _____
Elaine E. Bucklo
United States District Court Judge

DATE: 11/10/2011