# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, <br><br> Plaintiff, <br> v. <br> NORTH STAR CAPITAL ACQUISITION, LLC, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) 10 C 1846 <br> ) <br> ) Judge Bucklo <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF COMPLIANCE

Pursuant to Paragraph 10 of this Court's November 10, 2011 Order, defendant Nelson Watson & Associates, LLC, by and through its attorneys, Justin M. Penn, hereby notifies this Court that it has served notice required by 28 U.S.C. §1715.

                            Respectfully submitted,

                            Nelson Watson & Associates, LLC


                            By:      /s/Justin M. Penn
                                One of its Attorneys

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

## **CERTIFICATE OF SERVICE**

  I, an attorney, hereby certify that on November 15, 2011, I electronically filed Defendant's Notice of Compliant in with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                 /s/Justin M. Penn