# EXHIBIT B

12-20-11

To whom it my concern:

My name is Alvin Johnson, I am writting this letter in regards to how much I the plaintiff should ask for or receive, in the settlement class action lawsuit against North Star Capital Acquisition, L.L.C; after cancelling my contract with U.S Cellular cell phone company, and receiveing telephone calls regarding my debt on my cell phone and changeing my telephone number three times in three months, I should receive the amount of five thousand dollars for my statutory damages with the court's approval. In all fairness I object the settlement of one hundred fifty dollars,

yours truly
Alvin Johnson
Case # 24024

Alvin Johnson

ATT'N: Case # 240824

REDACTED

Daniel A. Edelman (#240824)
Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., Ste 1800
Chicago IL 60603
(Counsel for Plaintiff and the Class)