**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNE F. BALBARIN, on behalf of herself and a class and subclasses, | ) ) ) ) | |
| | ) | 10 C 1846 |
| Plaintiff, | ) ) | Judge Bucklo |
| v. | ) ) | Magistrate Judge Cox |
| NORTH STAR CAPITAL ACQUISITION, LLC, et al., | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR INSTRUCTION ON CLASS SETTLEMENT

Plaintiff, Joanne Balbarin, respectfully requests that the Court provide guidance and instruction on how the parties should proceed with the class settlement.

In support of this motion, Plaintiff states:

1. On April 6, 2012 the parties appeared before this Court for a Fairness Hearing, at which time the Court granted final approval to the class settlement.

2. The preliminary approval order entered on November 10, 2011 required Defendant Nelson Watson & Associates, LLC to perform a change of address search to update class members' addresses prior to mailing the notice of settlement, and to skip trace the addresses of class members whose notices were returned as undeliverable without a forwarding address[1].

3. Defendant performed a National Change of Address database search prior to mailing the notice of settlement to the class members.

4. However, while preparing the final approval order for submission to the

---

[1] Paragraph 6 of the Preliminary Approval Order (Dkt. No. 257) outlines the notice mailing requirements.

Court, Plaintiff's counsel learned that Defendant did not skip-trace the addresses of the 577 class members whose notices were returned as undeliverable without a forwarding address.

        5.       It would cost approximately $2,885.00 to skip-trace the 577 class members whose notices were returned as undeliverable without a forwarding address.

        6.       As the costs relating to notice and administration of the class are to be paid from the class settlement fund, skip tracing the 577 class members would reduce each class member's recovery by $2.07, in addition to a further reduction if additional class members are located.

        7.       In light of the foregoing, the parties seek the direction of the Court on how to proceed regarding this notice issue.

        WHEREFORE, Plaintiff respectfully requests that the Court provide guidance and instruction on how the parties should proceed in light of the foregoing.

        Respectfully submitted,

        s/Tiffany N. Hardy
        Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on April 9, 2012, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

Patrick J. Ruberry
ruberry@litchfieldcavo.com

Philip F Cuevas
cuevas@litchfieldcavo.com

Jason E. Hunter
hunter@litchfieldcavo.com

Curtis C. Warner
cwarner@warnerlawllc.com

                                                                                 s/Tiffany N. Hardy
                                                                                 Tiffany N. Hardy