IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNE F. BALBARIN, ) | |
| on behalf of herself and a class and ) | |
| subclasses, ) | |
| ) | 10 C 1846 |
| Plaintiff, ) | |
| ) | Judge Bucklo |
| v. ) | |
| ) | Magistrate Judge Cox |
| NORTH STAR CAPITAL ) | |
| ACQUISITION, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO MODIFY THE
<u>DISTRIBUTION OF REMAINING SETTLEMENT FUNDS</u>**

Plaintiff, Joanne Balbarin, respectfully requests that the Court modify the distribution method of the Settlement Fund as outlined in the Final Approval Order of April 12, 2012.

In support of this motion, Plaintiff states:

1. On April 6, 2012 the parties appeared before this Court for a Fairness Hearing, at which time the Court granted final approval to the class settlement.

2. The Final Approval Order entered on April 12, 2012 required Defendant Nelson Watson & Associates, LLC to pay Plaintiff $30,000.00 (thirty thousand dollars), Plaintiff's Counsel $166,666.66 (one hundred sixty-six thousand six hundred sixty-six dollars and sixty six cents), and to issue checks to each Settlement Class member whose notice was not returned as undeliverable a *pro rata* share of the amount remaining in the Settlement Fund after the deductions are made for the amount Defendant paid to Plaintiff, Plaintiff's

Counsel and the costs associated with the notice under this Class settlement and the costs of administering the Class settlement[1].

   3. After the deductions, the amount remaining in the Settlement Fund for distribution to the Settlement Class members was $294,614.04 (two hundred ninety four thousand six hundred fourteen dollars and four cents).

   4. One thousand three hundred and ninety five (1,395) Settlement Class members received settlement checks for $211.19 (two hundred eleven dollars and nineteen cents); however, only 951 (nine hundred and fifty one) Settlement Class members cashed their settlement checks.

   5. The settlement checks sent to Settlement Class members were issued on June 28, 2012, causing the void date to be August 27, 2012.

   6. Defendant has notified Plaintiff that approximately $93,747.35 (ninety three thousand dollars) remains in the Settlement Fund to be issued to the *cy pres*.

   7. The Final Approval Order states that if any portion of the Settlement Class Recovery remains 30 days after the void date on the Settlement Class members' checks, these remaining funds will be donated in the form of a *cy pres* award to the Legal Assistance Foundation of Metropolitan Chicago.

   8. Because of the large amount of money left in the Settlement Fund, Plaintiff respectfully requests that the Court amend the Final Approval Order so that the remaining money in the Settlement Fund is distributed to Settlement Class members who cashed their settlement checks, and that the remaining money after this second distribution be donated in the form of a *cy pres* award to the Legal Assistance Foundation of Metropolitan Chicago.

---

[1] Paragraph 7 (a)-(e) of the Final Approval Order (Dkt. No. 265) outlines distribution of settlement funds.

WHEREFORE, Plaintiff respectfully that the Court amend the Final Approval Order so that the remaining money in the Settlement Fund is distributed to Settlement Class members, and that the remaining money after this second distribution be donated in the form of a *cy pres* award to the Legal Assistance Foundation of Metropolitan Chicago.

    Respectfully submitted,

    s/Tiffany N. Hardy
    Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Tiffany N. Hardy, hereby certify that on October 23, 2012, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

Patrick J. Ruberry
ruberry@litchfieldcavo.com

Philip F Cuevas
cuevas@litchfieldcavo.com

Jason E. Hunter
hunter@litchfieldcavo.com

Curtis C. Warner
cwarner@warnerlawllc.com

George K. Samuel
Samuel@dbmslaw.com

John J. Duffy
John.duffy@dbmslaw.com

                                                                               s/Tiffany N. Hardy
                                                                               Tiffany N. Hardy